**Opinion filed March 26, 2020**



## In The

# Eleventh Court of Appeals

_____

## No. 11-19-00187-CV

_____

## JARED CHAVEZ, Appellant

## V.

## FLARE INDUSTRIES, LLC D/B/A AEREON, Appellee

---

### On Appeal from the 238th District Court
### Midland County, Texas
### Trial Court Cause No. CV55597

---

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss this appeal. In the motion, the parties state that they "have resolved all issues pending between them regarding the subject matter of this appeal." The parties request that we dismiss this appeal and tax costs against the party incurring same. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.

March 26, 2020                                                    PER CURIAM

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.